| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Boasberg, James E. | 2. Court or Organization U.S. District Court, District of Columbia | 3. Date of Report 05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge -- Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Ave. NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. President | Edward Bennett Williams Inn of Court |
| 3. Trustee | Trust #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-Employed Business Consultant |
| 2. 2018 | Acara Solutions |
| 3. 2018 | NextSource Inc. |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University | Nov. 5-6, 2018 | New Haven, CT | Moot Court | Travel and Lodging |
| 2. | Harvard University | Sept. 16-21, 2018 | Cambridge, MA | Teaching | Travel, Lodging, Some Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bowdoin College | Tuition | L |
| 2. Brown University | Tuition | L |
| 3. University of Michigan | Tuition | L |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Street Equity Index Fund - B | | None | N | T | Redeemed (part) | 07/11/18 | K | | |
| 2. State Street Equity Index Fund - C | | None | N | T | Redeemed (part) | 08/10/18 | K | | |
| 3. State Street Equity Index Fund - A | | None | K | T | Redeemed (part) | 01/09/18 | K | | |
| 4. State Stree Equity Index Fund - A | | | | | Redeemed (part) | 07/10/18 | K | | |
| 5. | | | | | | | | | |
| 6. Brokerage Account #1 | | | | | | | | | |
| 7. --BRKA/B | | None | M | T | | | | | |
| 8. --INTC | C | Dividend | M | T | | | | | |
| 9. --MDT | A | Dividend | K | T | | | | | |
| 10. --MSFT | C | Dividend | M | T | | | | | |
| 11. --MCO | A | Dividend | K | T | | | | | |
| 12. --PG | C | Dividend | L | T | | | | | |
| 13. --WAG | B | Dividend | L | T | | | | | |
| 14. --WU | A | Dividend | J | T | | | | | |
| 15. --Fidelity US Treasury Money Market | A | Int./Div. | L | T | | | | | |
| 16. Brokerage Account #2 (IRA) | | | | | | | | | |
| 17. -GTHX | | None | K | T | Buy | 04/26/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --INTC | B | Dividend | L | T | | | | | |
| 19. --JNJ | C | Dividend | M | T | | | | | |
| 20. --MDT | A | Dividend | L | T | Buy | 04/19/18 | K | | |
| 21. --MSFT | C | Dividend | M | T | | | | | |
| 22. --PG | C | Dividend | M | T | | | | | |
| 23. --WAG | B | Dividend | L | T | | | | | |
| 24. --WU | A | Dividend | J | T | | | | | |
| 25. --Fidelity Cash/Money Market | A | Int./Div. | K | T | | | | | |
| 26. Brokerage Account #3 (IRA) | | | | | | | | | |
| 27. --INTC | B | Dividend | L | T | Buy | 04/19/18 | K | | |
| 28. --INTC | | | | | Buy (add'l) | 12/10/18 | K | | |
| 29. --BRKA/B | | None | O | T | | | | | |
| 30. --MDT | A | Dividend | M | T | Buy (add'l) | 04/19/18 | K | | |
| 31. --MDT | | | | | Buy (add'l) | 12/10/18 | K | | |
| 32. --JNJ | D | Dividend | M | T | | | | | |
| 33. --MSFT | C | Dividend | M | T | | | | | |
| 34. --PG | C | Dividend | M | T | Buy (add'l) | 12/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --WAG | B | Dividend | L | T | Buy (add'l) | 12/10/18 | J | | |
| 36.  --WU | A | Dividend | J | T | | | | | |
| 37.  --Fidelity Cash/Money Market | A | Int./Div. | M | T | | | | | |
| 38.  Brokerage Account #4 (Trust) | | | | | | | | | |
| 39.  --BRKB | | None | L | T | | | | | |
| 40.  --MDT | A | Dividend | J | T | | | | | |
| 41.  --INTC | A | Dividend | K | T | | | | | |
| 42.  --JNJ | A | Dividend | K | T | | | | | |
| 43.  --MSFT | A | Dividend | K | T | | | | | |
| 44.  --MCO | A | Dividend | J | T | | | | | |
| 45.  --PG | A | Dividend | J | T | | | | | |
| 46.  --WAG | A | Dividend | J | T | | | | | |
| 47.  --Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 48.  Brokerage Account #5 (Trust A) | | | | | | | | | |
| 49.  --BRKB | | None | L | T | | | | | |
| 50.  --INTC | A | Dividend | K | T | | | | | |
| 51.  --JNJ | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --MDT | A | Dividend | K | T | | | | | |
| 53. --MC0 | A | Dividend | K | T | | | | | |
| 54. --PG | A | Dividend | K | T | | | | | |
| 55. --WAG | A | Dividend | J | T | | | | | |
| 56. --MSFT | B | Dividend | L | T | | | | | |
| 57. --Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 58. Brokerage Account #6 (Trust K) | | | | | | | | | |
| 59. --BRKB | | None | L | T | | | | | |
| 60. --INTC | A | Dividend | K | T | | | | | |
| 61. --JNJ | A | Dividend | K | T | | | | | |
| 62. --MDT | A | Dividend | K | T | | | | | |
| 63. --MSFT | B | Dividend | L | T | | | | | |
| 64. --MCO | A | Dividend | K | T | | | | | |
| 65. --PG | A | Dividend | K | T | | | | | |
| 66. --WAG | A | Dividend | J | T | | | | | |
| 67. --Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 68. Brokerage Account #7 (Trust D) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --BRKB | | None | L | T | | | | | |
| 70. --MDT | A | Dividend | J | T | | | | | |
| 71. --JNJ | A | Dividend | K | T | | | | | |
| 72. --MSFT | A | Dividend | K | T | | | | | |
| 73. --MCO | A | Dividend | K | T | | | | | |
| 74. --PG | A | Dividend | K | T | | | | | |
| 75. --WAG | A | Dividend | J | T | | | | | |
| 76. --Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 77. Rental Property #1, Washington, DC | B | Rent | O | S | | | | | |
| 78. Rental Property #2, Cumberland County, ME | | None | P1 | R | Buy | 04/13/18 | P1 | | |
| 79. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 80. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 81. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 82. Wedding Wire | | None | | | Sold | 06/22/18 | O | G | |
| 83. | | | | | | | | | |
| 84. Armstrong Equity Partners | | None | K | U | | | | | |
| 85. E. 6th St., LLC | A | Distribution | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bedrock Billiards, LLP | A | Distribution | J | W | | | | | |
| 87. Buffalo Billiards, LLP | B | Distribution | J | W | | | | | |
| 88. | | | | | | | | | |
| 89. Buffalo Billiards (TN), LLP | | None | J | W | | | | | |
| 90. Buffalo Billiards (TX), LLP | A | Distribution | J | W | | | | | |
| 91. | | | | | | | | | |
| 92. Brokerage Account #8 | | | | | | | | | |
| 93. --AAPL | A | Dividend | J | T | | | | | |
| 94. --CRM | | None | J | T | | | | | |
| 95. --CMG | | None | J | T | | | | | |
| 96. -- ETrade bank Money Market | A | Int./Div. | J | T | | | | | |
| 97. Brokerage Account #9 | | | | | | | | | |
| 98. --LOW | A | Dividend | J | T | | | | | |
| 99. --Etrade Bank Money Market | A | Int./Div. | J | T | | | | | |
| 100. --AAPL | A | Dividend | J | T | | | | | |
| 101. --CRM | | None | J | T | | | | | |
| 102. --CMG | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brokerage Account #10 | | | | | | | | | |
| 104. --APPL | A | Dividend | J | T | | | | | |
| 105. --CRM | | None | J | T | | | | | |
| 106. --LOW | A | Dividend | J | T | | | | | |
| 107. --CMG | | None | J | T | | | | | |
| 108. --Etrade Bank Money Market | A | Int./Div. | J | T | | | | | |
| 109. Brokerage Account #11 (Trust) | | | | | | | | | |
| 110. --GTHX | | None | K | T | Buy | 04/24/18 | M | | |
| 111. --INTC | A | Dividend | K | T | Buy | 08/10/18 | K | | |
| 112. --PG | B | Dividend | K | T | | | | | |
| 113. --MSFT | C | Dividend | M | T | | | | | |
| 114. --MCO | A | Dividend | L | T | | | | | |
| 115. --BRKB | | None | N | T | | | | | |
| 116. --WU | A | Dividend | J | T | | | | | |
| 117. --MDT | A | Dividend | K | T | Buy (add'l) | 08/10/18 | J | | |
| 118. --JNJ | B | Dividend | L | T | | | | | |
| 119. --WAG | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Schwab Money Market Fund | A | Int./Div. | M | T | | | | | |
| 121. | | | | | | | | | |
| 122. Brokerage Account #12 | | | | | | | | | |
| 123. --ARTIX | | None | | | Sold | 03/09/18 | K | A | |
| 124. --CSRSX | | None | | | Sold | 03/09/18 | L | | |
| 125. --DISVX | | None | | | Sold | 03/09/18 | M | A | |
| 126. --DFREX | | None | | | Sold | 03/09/18 | L | | |
| 127. --DFLVX | | None | | | Sold | 03/09/18 | N | D | |
| 128. --DFUSX | C | Dividend | N | T | | | | | |
| 129. --DFFVX | | None | | | Sold | 03/09/18 | N | D | |
| 130. --HAINX | | None | | | Sold | 03/09/18 | M | C | |
| 131. --PCRIX | | None | | | Sold | 03/09/18 | J | A | |
| 132. --PFORX | A | Dividend | | | Sold | 03/09/18 | L | A | |
| 133. --LTMIX | A | Dividend | | | Sold | 03/09/18 | N | | |
| 134. --LTMIX | | | | | Sold (part) | 02/20/18 | J | | |
| 135. --LTMIX | | | | | Sold (part) | 01/29/18 | K | | |
| 136. --Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --SGOIX | | None | | | Sold | 03/09/18 | M | A | |
| 138. --ALRM | | None | O | T | | | | | |
| 139. --CSGP | | None | M | T | | | | | |
| 140. --Schwab Money Market/Cash | A | Int./Div. | O | T | | | | | |
| 141. --FB | | None | | | Sold | 03/20/18 | L | | |
| 142. --NFLX | | None | L | T | | | | | |
| 143. --NKE | A | Dividend | K | T | | | | | |
| 144. --SHOP | | None | M | T | | | | | |
| 145. --TSLA | | None | K | T | | | | | |
| 146. --COF | A | Dividend | K | T | | | | | |
| 147. --CVS | A | Dividend | | | Sold | 02/13/18 | K | | |
| 148. --GOOG | | None | M | T | | | | | |
| 149. --TWOU | | None | L | T | | | | | |
| 150. --DE | A | Interest | K | T | Buy | 07/26/18 | K | | |
| 151. --GTHX | | | K | T | Buy | 02/14/18 | K | | |
| 152. | | | | | | | | | |
| 153. Brokerage Account #13 (SEP) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --DFUSX | A | Dividend | K | T | | | | | |
| 155. --DFFVX | B | Dividend | K | T | | | | | |
| 156. --DFREX | A | Dividend | K | T | | | | | |
| 157. --FEUPX | | Dividend | J | T | Buy | 04/20/18 | J | | |
| 158. Brokerage Account #14 (IRA) | | | | | | | | | |
| 159. --ARTIX | A | Dividend | | | Sold | 09/24/18 | J | | |
| 160. --CSRSX | A | Dividend | J | T | | | | | |
| 161. --DISVX | A | Dividend | J | T | | | | | |
| 162. | | | | | | | | | |
| 163. --DFFVX | A | Dividend | | | Sold | 09/24/18 | J | | |
| 164. --MWTIX | A | Dividend | J | T | | | | | |
| 165. --HAINX | A | Dividend | J | T | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*The rental property listed in Part VII, line 77, has an assessed value of $3.27 million. I own 25%.
*The property listed in Part VII, line 78, had a purchase price of $2.875 million. It will be both a rental property and owner occupied at different times.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **James E. Boasberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544